LOURDES G. BAIRD
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
HUGH W. BLANCHARD
ASSISTANT UNITED STATES ATTORNEY
    312 NORTH SPRING STREET
    LOS ANGELES, CA. 90012
    213-894-2470
Attorneys for the Plaintiff

FILED CLERK, U.S. DISTRICT COURT OCT 22 1991 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

ENTERED CLERK, U.S. DISTRICT COURT OCT 22 1991 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>TAMMI F. HAWKES<br>        Defendant(s). | COURT NO: CV 91A-10592<br><br>**DEFAULT JUDGMENT** |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have an recover of and from TAMMI F. HAWKES the sum of $2,300.00 as principal, $262.27 as accrued prejudgment interest, $155.00 administrative charges, a surcharge of $250.97, and $51.80 costs for a total amount of 3,020.04, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: OCT 22 1991

                              LEONARD A. BROSNAN, CLERK
                              U.S. District Court
                              Central District of California

                              By: _____
                                  Deputy Clerk